IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEOURIETA B. GLASS, | ) | 8:11CV211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   This matter is before the court on Plaintiff's Motion to Reconsider. (Filing No. 69.) In her Motion, Plaintiff asks the court to reconsider its August 11, 2011, Memorandum and Order, in which it denied Plaintiff's "Emergency Petition for Extraordinary Relief [and] Writ of Prohibition [and] Writ of Mandamus [and] Request for Stay of Enforcement of Sale and Eviction." (*See* Filing No. 57.) The court has carefully reviewed Plaintiff's Motion and finds no good cause to reconsider its August 11, 2011, Memorandum and Order. IT IS THEREFORE ORDERED that Petitioner's Motion to Reconsider (filing no. 69) is denied.

   DATED this 24th day of August, 2011.

   BY THE COURT:

   s/ Joseph F. Bataillon
   Chief United States District Judge

---

   *This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.