IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LEOURIETA B. GLASS, | ) | 8:11CV211 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| STATE OF NEBRASKA, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on seven Motions filed by Plaintiff. These Motions are duplicative, frivolous, nonsensical, or all three. For the reasons set forth in the court's October 13, 2011, Memorandum and Order (filing no. 152), these Motions are denied.

IT IS THEREFORE ORDERED that Filing Numbers 158, 159, 161, 163, 165, 169, and 171 are denied.

DATED this 26th day of October, 2011.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge